**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PSI SEMINARS, | No. C 12-4711 SI |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE UNTIL JANUARY 25, 2013** |
| LB SEMINARS FOR LIFE SUCCESS AND LEADERSHIP, et al., | |
| Defendants. | |

The Case Management Conference currently scheduled for Friday, December 14, 2012 is continued until **Friday, January 25, 2013 at 3:00 p.m.**

**IT IS SO ORDERED.**

Dated: December 13, 2012

SUSAN HILLSTON
United States District Judge