```
BURGOYNE LAW GROUP
Henry M. Burgoyne, III (SBN 203748)
870 Market Street, Suite 422
San Francisco, CA 94102
Telephone: (415) 795-4070
Fax: (415) 680-2335
Hank@BurgoyneLawGroup.com
```

*Attorney for Defendant Littley Hallate-Dosanjh*

```
CARTER CARTER FRIES & GRUNSCHLAG
Robert Fries (SBN 53561)
44 Montgomery Street, Suite 2405
San Francisco, CA 94104
Telephone: (415) 989-4800
Fax: (415) 989-4864
rfries@carterfries.com

LAW OFFICES OF J. CHRISP
Jesse Chrisp (SBN 262518)
14655 Lakeshore Dr.
Clearlake, CA 95422
Telephone: (707) 994-0529
Fax: (707) 995-3529
jesse@chrisplaw.com
```

*Attorneys for Plaintiff PSI Seminars*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| PSI SEMINARS, a Delaware limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>LB SEMINARS FOR LIFE SUCCESS AND LEADERSHIP, a British Columbia entity of unknown origin and nature; 0760438 B.C., LTD., a British Columbia corporation; BILHAR SINGH DOSANJH, an individual; and LITTLEY HALLATE-DOSANJH, an individual,<br><br>Defendants. | CASE NO.: 3:12-cv-04711-SI<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE** |

Pursuant to Civil Local Rule 6-1, the parties hereby stipulate to continue, and seek an order from the Court continuing, the parties' Case Management Conference, currently scheduled for Thursday, May 2, 2013, to Friday, May 24, 2013, at 3:00 p.m., or to such other time as the

1  Court may decide.

2  WHEREAS the Court has scheduled a Case Management Conference in this matter for
3  Thursday, May 2, 2013 at 3 pm;

4  WHEREAS the parties have been in discussions regarding a mediated resolution to this
5  matter;

6  WHEREAS the parties' discussions have been delayed on account of non-litigation
7  issues resulting in the withdrawal of Plaintiff's lead trial counsel and the appearance of new
8  counsel on behalf of Plaintiff, such appearance effective as of Monday, April 22, 2013;

9  WHEREAS Plaintiff's new counsel desires an opportunity to become familiar with this
10 matter before appearing before the Court;

11 WHEREAS ADR Program Staff Attorney Daniel Bowling, who is assisting the parties
12 with their mediation efforts, suggested and concurs in the requested continuance;

13 WHEREAS the parties have not sought any prior extensions of time from the Court, and
14 the requested continuance will not affect any other calendared dates or deadlines in this matter; and

15 WHEREAS the parties' agree to the requested continuance;

16 THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant,
17 through their designated counsel of record, that the parties' upcoming status conference be
18 continued to Friday, May 24, 2013, at 3:00 p.m., or such other time as the Court may decide.

19 IT IS SO STIPULATED.

20

21 Dated: April 23, 2013                    BURGOYNE LAW GROUP

22
                                            By:_____/s/Henry M. Burgoyne, III_____
23                                                Henry M. Burgoyne, III
                                                  *Attorney for Defendant Littley Hallate-Dosanjh*
24

25 Dated: April 23, 2013                    CARTER CARTER FRIES & GRUNSCHLAG

26                                          By:____/s/Robert Fries_____
                                               Robert Fries
27                                             *Attorney for Plaintiff PSI Seminars*

28

Case No.: 3:12-cv-04711-SI                           STIPULATION AND [PROPOSED] ORDER TO
                                                     CONTINUE STATUS CONFERENCE
2

1
2
3   Dated: April 23, 2013                    LAW OFFICES OF J. CHRISP
4
                                             By:_____/s/Jesse Chrisp_____
5                                                   Jesse Chrisp
                                             *Attorney for Plaintiff PSI Seminars*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1     **Filer's Attestation**: Pursuant to General Order No. 45 §X(B), I attest under penalty of
2 perjury that concurrence in the filing of the document has been obtained from its signatory.

3
4 Dated: April 23, 2013                          BURGOYNE LAW GROUP

5
6                                      By:_____/s/Henry M. Burgoyne, III_____
                                         Henry M. Burgoyne, III
                                     *Attorney for Defendant Littley Hallate-Dosanjh*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1       The Court having considered the stipulation of the parties, and good cause appearing

2 therefore, orders as follows:

3         1.   The parties' status conference shall be continued from Thursday, May 2,

4 2013, to Friday, ~~May 24, 2013~~ June 14, 2013, at 3:00 p.m.

5    IT IS SO ORDERED.

6

7 Dated: _____4/26/13_____      _____[signature: Susan Illston]_____

8                                                UNITED STATES DISTRICT JUDGE
                                               NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

I, Henry M. Burgoyne, hereby certify that on April 23, 2013, I served the following documents by electronic filing ("ECF") on the parties listed below:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

Attorneys for Plaintiff:

CARTER CARTER FRIES & GRUNSCHLAG – Lead Trial Counsel
Robert Fries (SBN 53561)
44 Montgomery Street, Suite 2405
San Francisco, CA 94104
Telephone: (415) 989-4800
Fax: (415) 989-4864
rfries@carterfries.com

LAW OFFICES OF J. CHRISP
Jesse Chrisp (SBN 262518)
14655 Lakeshore Dr.
Clearlake, CA 95422
Telephone: (707) 994-0529
Fax: (707) 995-3529
jesse@chrisplaw.com

DATED: April 23, 2013			BURGOYNE LAW GROUP

					By: ___/s/Henry M. Burgoyne_____
						Henry M. Burgoyne, III
						870 Market Street, Suite 422
						San Francisco, CA 94102
						Telephone: (415) 795-4070
						Fax: (415) 680-2335
						Hank@BurgoyneLawGroup.com
						*Attorney for Defendant Littley Hallate-Dosanjh*