1   CARTER, CARTER FRIES & GRUNSCHLAG
    Robert T. Fries (SBN 53561)
2   Dov M. Grunschlag (SBN 42040)
    44 Montgomery Street, Suite 2405
3   San Francisco, CA 94104
    Phone: (415) 989-7694
4   Fax: (415) 989-4864
    Email: dgrunschlag@carterfries.com
5
    Attorneys for Plaintiff
6
    THE BURGOYNE LAW GROUP
7   Henry M. Burgoyne, III (SBN 203748)
    870 Market Street, Sutie 422
8   San Francisco, CA 94102
    Phone: (415) 795-4070
9   Fax: (415) 680-2335
    Email: Hank@BurgoyneLawGroup.com
10
    Attorneys for Defendants
11

12                  UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO

15

16                                           Case No. 3:12-cv-04711-SI
    PSI SEMINARS, a Delaware limited-liability
17  company,
                Plaintiff,                   **STIPULATION AND [~~PROPOSED~~]**
18                                           **ORDER RE MEDIATION AND**
                                             **CONTINUING CASE MANAGEMENT**
        v.                                   **CONFERENCE**
19
    LB SEMINARS FOR LIFE SUCCESS AND
20  LEADERSHIP, a British Columbia entity of
    unknown origin and nature; 0760438 B.C.,
21  LTD., a British Columbia corporation;
    BILHAR SINGH DOSHANJH, an individual;
22  and LITTLEY HALLATE-DOSHANJH, an
    individual,
23              Defendants
24

25  _____

26
            The parties have agreed to mediate this action under the auspices of the Court's
27
    mediation program.  They have agreed to complete the mediation no later than October 2, 2013
28

                                          1

1   (150 days from the May 2 conference call with Daniel Bowling, ADR staff attorney). The

2   parties are advised that Mr. Bowling has submitted a bench memo notifying the Court of the

3   parties' agreement to mediate. Accordingly, the parties request and stipulate that the case be

4   referred to mediation, and that the case management conference, now scheduled for June 14,

5   2013, be continued to a date after October 2, 2013.

6

7   Dated: May 31, 2013                    CARTER CARTER FRIES & GRUNSCHLAG

8                                          By: _____

9                                              Dov M. Grunschlag
                                               Attorneys for Plaintiff

10

11  Dated: May 31, 2013                    THE BURGOYNE LAW GROUP

12                                         By: _____

13                                             Henry M. Burgoyne III
                                               Attorney for Defendants

14

15

16          The Court having considered the stipulation of the parties, and good cause appearing

17  therefore, orders as follows:

18          1. The action is referred to mediation to be completed not later than October 2, 2013.

19
20          2. The case management conference set for June 14, 2013, is continued to a date after

21  October 2, 2013, to be determined by the Court. The case management conference is continued to Friday,
                                                    October 4, 2013, at 2:30 p.m.

22          IT IS SO ORDERED.

23  Dated: _____6/11/3_____          _____
                                               UNITED STATES DISTRICT JUDGE
24

25

26

27

28