1  CARTER, CARTER FRIES & GRUNSCHLAG
   Robert T. Fries (SBN 53561)
2  Dov M. Grunschlag (SBN 42040)
   44 Montgomery Street, Suite 2405
3  San Francisco, CA 94104
   Phone: (415) 989-7694
4  Fax: (415) 989-4864
   Email: dgrunschlag@carterfries.com
5
   Attorneys for Plaintiff
6
7  THE BURGOYNE LAW GROUP
   Henry M. Burgoyne, III (SBN 203748)
   870 Market Street, Sutie 422
8  San Francisco, CA 94102
   Phone: (415) 795-4070
9  Fax: (415) 680-2335
   Email: Hank@BurgoyneLawGroup.com
10
   Attorneys for Defendants
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                             SAN FRANCISCO

15

16  PSI SEMINARS, a Delaware limited-liability         Case No. 3:12-cv-04711-SI
17  company,
            Plaintiff,                                 STIPULATION AND [PROPOSED]
18                                                     ORDER RE MEDIATION AND
         v.                                            CONTINUING CASE MANAGEMENT
19                                                     CONFERENCE
20  LB SEMINARS FOR LIFE SUCCESS AND
    LEADERSHIP, a British Columbia entity of
21  unknown origin and nature; 0760438 B.C.,
    LTD., a British Columbia corporation;
22  BILHAR SINGH DOSHANJH, an individual;
    and LITTLEY HALLATE-DOSHANJH, an
23  individual,
            Defendants
24

25  _____

26
         The parties have agreed to mediate this action under the auspices of the Court's
27
    mediation program. They have agreed to complete the mediation no later than October 2, 2013
28

                                              1

(150 days from the May 2 conference call with Daniel Bowling, ADR staff attorney). The parties are advised that Mr. Bowling has submitted a bench memo notifying the Court of the parties' agreement to mediate. Accordingly, the parties request and stipulate that the case be referred to mediation, and that the case management conference, now scheduled for June 14, 2013, be continued to a date after October 2, 2013.

Dated: May 31, 2013

CARTER CARTER FRIES & GRUNSCHLAG

By: _____
Dov M. Grunschlag
Attorneys for Plaintiff

Dated: May 31, 2013

THE BURGOYNE LAW GROUP

By: _____
Henry M. Burgoyne III
Attorney for Defendants

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The action is referred to mediation to be completed not later than October 2, 2013.

2. The case management conference set for June 14, 2013, is continued to a date after October 2, 2013, to be determined by the Court. The case management conference is continued to Friday, October 4, 2013, at 2:30 p.m.

IT IS SO ORDERED.

Dated: 6/11/3

_____
UNITED STATES DISTRICT JUDGE