AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

PSI Seminars, LLC
        Plaintiff (s),
V.
LB Seminars for Life Success and Leadership, et l
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __C 12 4711 SI__

Notice is hereby given that, subject to approval by the court, __PSI Seminars, LLC__ substitutes
(Party (s) Name)

__Dov M. Grunschlag__ , State Bar No. __42040__ as counsel of record in
(Name of New Attorney)

place of __Shawn S. Mangano__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Carter Carter Fries & Grunschlag
    Address:     44 Montgomery Street, Suite 2405, San Francisco, CA 94104
    Telephone:     (415) 989-7694     Facsimile (415) 989-4864
    E-Mail (Optional):     dgrunschlag@carterfries.com

I consent to the above substitution.
Date: 4/17/13
    (Signature of Party (s))

I consent to being substituted.
Date: 4/17/13
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: April 17, 2013
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 6/18/13
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]