AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

PSI Seminars, LLC

Plaintiff (s),

V.

LB Seminars for Life Success and Leadership, et l

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 12 4711 SI

Notice is hereby given that, subject to approval by the court, __PSI Seminars, LLC__ substitutes
(Party (s) Name)

__Robert T. Fries__ , State Bar No. __53561__ as counsel of record in
(Name of New Attorney)

place of __Shawn S. Mangano__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Carter Carter Fries & Grunschlag
Address: 44 Montgomery Street, Suite 2405, San Francisco, CA 94104
Telephone: (415) 989-7690    Facsimile (415) 989-4864
E-Mail (Optional): rfries@carterfries.com

I consent to the above substitution.
Date: 4/17/13

(Signature of Party (s))

I consent to being substituted.
Date: 4/17/13

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/17/13

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 6/18/13

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]