1  BURGOYNE LAW GROUP
   Henry M. Burgoyne, III (SBN 203748)
2  870 Market Street, Suite 422
3  San Francisco, CA 94102
   Telephone: (415) 795-4070
4  Fax: (415) 680-2335
   Hank@BurgoyneLawGroup.com
5

6  *Attorney for Defendant Littley Hallate-Dosanjh*

7  CARTER CARTER FRIES & GRUNSCHLAG
   Robert Fries (SBN 53561)
   Dov M. Grunschlag (SBN 42040)
8  44 Montgomery Street, Suite 2405
   San Francisco, CA 94104
9  Telephone: (415) 989-4800
   Fax: (415) 989-4864
10 rfries@carterfries.com

11 *Attorneys for Plaintiff PSI Seminars*

12                   UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

14

| | |
|---|---|
| PSI SEMINARS, a Delaware limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>LB SEMINARS FOR LIFE SUCCESS AND LEADERSHIP, a British Columbia entity of unknown origin and nature; 0760438 B.C., LTD., a British Columbia corporation; BILHAR SINGH DOSANJH, an individual; and LITTLEY HALLATE-DOSANJH, an individual,<br><br>Defendants. | CASE NO.: 3:12-cv-04711-WHO<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION** |

23    WHEREAS on May 31, 2013, the parties stipulated to mediation through the Court's

24 mediation program;

25    WHEREAS Plaintiff PSI Seminars ("Plaintiff") and Defendant Littley Hallate-Dosanjh

26 ("Defendant") met and conferred on the selection of a Mediator and agreed to have mediation

27 before Harold Peter Smith, Esq.;

28    WHEREAS Plaintiff and Defendant attempted to schedule a mediation before the Court

mandated deadline of October 2, 2013 but were unable to coordinate a mediation before that date due to unavailability of one or both parties and/or their counsel;

WHEREAS the next available date on which all the parties and their counsel are available for mediation is October 29, 2013, and the mediation has been set and scheduled for that date;

WHEREAS the rescheduling of the mediation to October 29, 2013 shall in no way interfere with the progress of discovery or other aspects of the litigation and shall not impact any of the other dates set forth in this Court's Case Management Order;

THEREFORE both parties stipulate to an extension of the deadline to complete mediation until November 30, 2013 (in the event the matter is not concluded on Oct. 29).  The parties also respectfully request the Court amend the prior agreement with ADR Program Staff Attorney Daniel Bowling as relates to the date by which the mediation must be completed.

THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their designated counsel of record, that the parties' upcoming mediation be continued to Tuesday, October 29, 2013.

IT IS SO STIPULATED.

Dated: September 10, 2013				BURGOYNE LAW GROUP


						By:_____/s/Henry M. Burgoyne, III_____
						         Henry M. Burgoyne, III
						*Attorney for Defendant Littley Hallate-Dosanjh*

Dated: September 10, 2013				CARTER CARTER FRIES & GRUNSCHLAG


						By:____/s/Robert T. Fries, for_____
						         Dov Grunschlag
						*Attorney for Plaintiff PSI Seminars*

**Filer's Attestation**: Pursuant to General Order No. 45 §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: September 10, 2013                                    BURGOYNE LAW GROUP


                                                            By:_____/s/Henry M. Burgoyne, III_____
                                                                    Henry M. Burgoyne, III
                                                                    *Attorney for Defendant Littley Hallate-Dosanjh*

**ORDER**

Pursuant to the stipulation, the Court GRANTS the parties' request and AMENDS the deadline to complete mediation from October 2, 2013 to November 30, 2013.

The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

1. The parties' mediation shall be continued to Tuesday, October 29, 2013.

IT IS SO ORDERED.

Dated: September 10, 2013

_____
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE

I, Henry M. Burgoyne, hereby certify that on September 10, 2013, I served the following documents by electronic filing ("ECF") on the parties listed below:

**STIPULATION AND ORDER TO EXTEND DEADLINE TO COMPLETE MEDIATION**

Attorneys for Plaintiff:

CARTER CARTER FRIES & GRUNSCHLAG
Dov Grunschlag (SBN 42040)
Robert Fries (SBN 53561)
44 Montgomery Street, Suite 2405
San Francisco, CA 94104
Telephone: (415) 989-4800
Fax: (415) 989-4864
rfries@carterfries.com

DATED: September 10, 2013            BURGOYNE LAW GROUP

By: ___/s/Henry M. Burgoyne_____
    Henry M. Burgoyne, III
    870 Market Street, Suite 422
    San Francisco, CA 94102
    Telephone: (415) 795-4070
    Fax: (415) 680-2335
    Hank@BurgoyneLawGroup.com
    *Attorney for Defendant Littley Hallate-Dosanjh*