| | |
|---|---|
| 1 | CARTER, CARTER FRIES & GRUNSCHLAG<br>Robert T. Fries (SBN 53561) |
| 2 | Dov M. Grunschlag (SBN 42040)<br>44 Montgomery Street, Suite 2405 |
| 3 | San Francisco, CA 94104<br>Phone:  (415) 989-7694 |
| 4 | Fax:  (415) 989-4864<br>Email: dgrunschlag@carterfries.com |
| 5 | Attorneys for Plaintiff |
| 6 | BURGOYNE LAW OFFICE |
| 7 | Henry M. Burgoyne, III (SBN 203748)<br>870 Market Street, Suite 422 |
| 8 | San Francisco, CA 94102<br>Phone: (415) 795-4070 |
| 9 | Fax: (415) 680-2335<br>Email: Hank@BurgoyneLawGroup.com |
| 10 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PSI SEMINARS, a Delaware limited-liability company, | Case No. 3:12-cv-04711-WHO |
| Plaintiff, | **STIPULATION AND ORDER RE CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| LB SEMINARS FOR LIFE SUCCESS AND LEADERSHIP, a British Columbia entity of unknown orign and nature; 0760438 B.C., LTD., a British Columbia corporation; BILHAR SINGH DOSHANJH, an individual; and LITTLEY HALLATE-DOSHANJH, an individual, | |
| Defendants | |

The parties request that the Court continue the case management conference now scheduled for October 15, 2013.  The reason is that the case will be mediated under the Court's

program on October 30, 2013, and the Court has extended the deadline to complete it to November 30, 2013 (Order dated September 10, 2013).  It would be appropriate to schedule a case management conference for a date following mediation completion.

Accordingly, the parties request and stipulate that the case management conference, now scheduled for October 15, 2013, be continued to a date after November 30, 2013.

Dated: October ___, 2013                    CARTER CARTER FRIES & GRUNSCHLAG

                                            By: _____
                                                Dov M. Grunschlag
                                                Attorneys for Plaintiff


Dated: October___, 2013                     BURGOYNE LAW GROUP

                                            By: _____
                                                Henry M. Burgoyne III
                                                Attorney for Defendants


The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

The case management conference set for October 15, 2013, is continued to December 3, 2013, at 2:00 p.m.

IT IS SO ORDERED.

Dated: October 10, 2013                     _____
                                            UNITED STATES DISTRICT JUDGE