CARTER, CARTER FRIES & GRUNSCHLAG
Robert T. Fries (SBN 53561)
Dov M. Grunschlag (SBN 42040)
44 Montgomery Street, Suite 2405
San Francisco, CA 94104
Phone:  (415) 989-7694
Fax:  (415) 989-4864
Email: dgrunschlag@carterfries.com

Attorneys for Plaintiff

BURGOYNE LAW OFFICE
Henry M. Burgoyne, III (SBN 203748)
870 Market Street, Suite 422
San Francisco, CA 94102
Phone: (415) 795-4070
Fax: (415) 680-2335
Email: Hank@BurgoyneLawGroup.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PSI SEMINARS, a Delaware limited-liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>LB SEMINARS FOR LIFE SUCCESS AND LEADERSHIP, a British Columbia entity of unknown orign and nature; 0760438 B.C., LTD., a British Columbia corporation; BILHAR SINGH DOSHANJH, an individual; and LITTLEY HALLATE-DOSHANJH, an individual,<br><br>    Defendants | Case No. 3:12-cv-04711-WHO<br><br>**STIPULATION AND ORDER RE CONTINUING CASE MANAGEMENT CONFERENCE** |

    The parties request that the Court continue the case management conference now scheduled for October 15, 2013.  The reason is that the case will be mediated under the Court's

Stipulation and Order re Continuing CMC
Case No. 3:12-cv-04711-WHO                    1

program on October 30, 2013, and the Court has extended the deadline to complete it to November 30, 2013 (Order dated September 10, 2013).  It would be appropriate to schedule a case management conference for a date following mediation completion.

Accordingly, the parties request and stipulate that the case management conference, now scheduled for October 15, 2013, be continued to a date after November 30, 2013.

Dated: October ___, 2013             CARTER CARTER FRIES & GRUNSCHLAG

                                     By: _____
                                         Dov M. Grunschlag
                                         Attorneys for Plaintiff


Dated: October___, 2013                      BURGOYNE LAW GROUP

                                     By: _____
                                         Henry M. Burgoyne III
                                         Attorney for Defendants




The Court having considered the stipulation of the parties, and good cause appearing therefore, orders as follows:

The case management conference set for October 15, 2013, is continued to December 3, 2013, at 2:00 p.m.

IT IS SO ORDERED.

Dated: October 10, 2013              _____
                                     UNITED STATES DISTRICT JUDGE

Stipulation and Order re Continuing CMC
Case No. 3:12-cv-04711-WHO           2