UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PSI SEMINARS,

    Plaintiff,

    v.

LB SEMINARS FOR LIFE SUCCESS AND LEADERSHIP, et al.,

    Defendants.

Case No. 12-cv-04711-WHO

**ORDER OF DISMISSAL UPON SETTLEMENT**

The parties to the action, by and through their counsel, have advised the Court that they have agreed to a settlement.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel on or before September 2, 2014, that the settlement terms have not been satisfied, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. **IT IS SO ORDERED**.

Dated: January 13, 2014



_____
WILLIAM H. ORRICK
United States District Judge